IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMY L. SING and
RANDY RICE, CHAPTER 7 TRUSTEE                                        PLAINTIFFS

vs                          4:08CV00374-WRW

THE UNITED STATES OF AMERICA                                          DEFENDANT

## ORDER

Pending is the Joint Motion to Dismiss (doc #14). After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED and this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of March, 2010.

                                                /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE

orddism.wprejudice